## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BANTERRA BANK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 13-cv-01275-JPG-SCW |
| | ) | |
| JOHN BRECK JONES, a.k.a. John B. Jones, | ) | |
| SUE S. JONES, a.k.a. Sue Jones, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| STATE OF ILLINOIS, | ) | |
| COUNTY OF GALLATIN, | ) | |
| HEIGHTS FINANCE CORPORATION, | ) | |
| UNKNOWN OWNERS, and | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter coming before the Court on Plaintiff's, Banterra Bank, Motion to Default Defendants Unknown Owners and Non-Record Claimants (Doc. 52). Plaintiffs have properly caused an Alias Publication Notice to be published in accordance with the Illinois Mortgage Foreclosure Law in the Gallatin News Democrat that serves Gallatin County, Illinois area, once a week for three successive weeks.

Defendants Unknown Owners and Non-Record Claimants were ordered by this Court on June 25, 2014, to plead to the Complaint on or before August 4, 2014. Defendants Unknown Owners and Non-Record Claimants have failed to plea. Entry of default pursuant to Federal Rule of Civil Procedure 55(b)(2) has been requested by the Plaintiff. Because it appears from the court's record that a party has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, the Plaintiff Banterra Bank's Motion to Default (Doc. 52) is **GRANTED** and **DEFAULT** is entered against the following defendants: **UNKNOWN OWNERS and NON-RECORD CLAIMANTS.**

**IT IS SO ORDERED.**

**DATED:** 9/23/2014

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**